NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS J. GRADEN,                    )
DOC #X66575,                         )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D17-5038
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed September 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Kelly P. Butz, Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.